UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SONIA OLIVERA,
    Plaintiff,

v.    CASE NUMBER: 97-2777 (HL)

MCA, Inc., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 8/17/99<br>**Docket # 34**<br>[X] **Plffs** [ ] **Defts** [ ] **Other**<br>**Title:** Urgent Motion Requesting Order and Sanctions | The Court hereby **denies** plaintiff's Urgent Motion Requesting Order and Sanctions (**Dkt. no. 34**), and directs both parties to refrain from wasting the Court's most precious resource: time. |

Date 9-1-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

Rec'd:    EOD:

By:

