UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sonia Olivera,
    Plaintiff,

v.          CASE NUMBER: 97-2777 (HL)

MCA, Inc., et al.
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 9/30/99<br>**Docket #** 37<br>[X] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion Requesting Extension of Time | **Granted.** Plaintiff shall have until **October 29, 1999** to file an opposition to defendant's Motion for Summary Judgment **and** defendant's subsequent Supplementary Motion for Summary Judgment filed on September 30, 1999. If plaintiff has failed to file oppositions by that time, the Court will deem the matter submitted unopposed.<br><br>**NO FURTHER EXTENSIONS WILL BE GRANTED.** |

Date 10·7|99

HECTOR M. LAFFITTE
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |


