# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Sonia Olivera,
    Plaintiff,

       v.                         CASE NUMBER:  97-2777 (HL)

MCA, Inc., et al.
    Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:**<br>**Docket #**<br>[ ] Plffs   [ ] Defts    [ ] Other<br>**Title:** Amended Scheduling Order | The pretrial and settlement conference which was to be held on December 10, 1999, will instead be held on January 18, 2000 at 2:00 p.m. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/8/99<br>**Docket #** 48<br>[ ] Plffs   [X] Defts    [ ] Other<br>**Title:** Motion Requesting Extension of Time | **Granted.**  The Joint Proposed Pre-Trial Order shall be filed by **January 10, 2000.**<br><br>**No further extensions shall be granted.** |

Date 12/14/99

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| **By:** | **#** |