UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Sonia Olivera,
    Plaintiff,

v.                                     CASE NUMBER: 97-2777 (HL)

MCA, Inc., et al.
    Defendants.

RECEIVED & FILED
1999 DEC 28 AM 8:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## MOTION

Date Filed: 12/20/99      Docket # 50      [X] Plffs [X] Defts [ ] Other
Title: Stipulation For Voluntary Dismissal With Prejudice

## ORDER

Granted. The Court hereby accepts the parties' stipulation for voluntary dismissal with prejudice. **Dkt. No. 50.** The Pre-trial and Settlement Conference set for **January 13, 2000**, and the jury trial set for **January 31, 2000**, are hereby vacated.

Date 12/27/99

HECTOR M. LAFFITTE
Chief U.S. District Judge

