# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Sonia Olivera,
    Plaintiff,

v.       CASE NUMBER: 97-2777 (HL)

MCA, Inc., et al.
    Defendants.

## JUDGMENT

The Court having granted the parties' motion giving notice of voluntary dismissal (**Dkt. no. 50**) this same day, judgment is hereby entered dismissing this case with prejudice.

Date 12/27/99

HECTOR M. LAFFITTE
Chief U.S. District Judge


